## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**GERALD WILLIAMS,**
        **Petitioner,**

    v.                                                              **Case No. 08C1096**

**MICHAEL THURMER,**
        **Respondent.**

### ORDER

On July 17, 2010, habeas petitioner Gerald Williams filed a notice of appeal of this court's June 28 judgment dismissing his petition for writ of habeas corpus under 28 U.S.C. § 2254. He now requests to proceed in forma pauperis so that he may avoid paying the appellate filing fee of $455.

Title 28 U.S.C. § 1915(a)(1) authorizes the commencement of an appeal without prepayment of fees by a person who submits an affidavit that includes a statement of all assets he possesses and that he is unable to pay such fees. However, petitioner did not provide a copy of his prison trust account statement for the six months prior to filing his notice of appeal as required by 15 U.S.C. § 1915(a)(2). Therefore I am unable to determine whether petitioner qualifies for indigent status.

**THEREFORE, IT IS ORDERED** that petitioner shall file a certified copy of his prison trust account statement for the six months prior to the filing of his notice of appeal on or before **Monday, August 30, 2010**. Failure to submit the trust account statement will result in the denial of his motion to proceed in forma pauperis.

Dated at Milwaukee, Wisconsin this 30 day of July, 2010.

/s_____
LYNN ADELMAN
District Judge